United States Courts
Southern District of Texas
FILED

SEP 18 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL No. 4:25-cr-0489 |
| § | |
| PATRICK JOHN LYONS § | |

### INFORMATION

**THE UNITED STATES ATTORNY CHARGES THAT:**

### COUNT ONE

(Title 18, U.S.C., §1001(a)(3) False Statements)

On or about March 18, 2025, and continuing through on or about April 28, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**PATRICK JOHN LYONS,**

the defendant herein, did knowingly and willfully make and use a false document, namely an aircraft maintenance record, knowing that the document contained materially false statements.

In violation of Title 18, United States Code, Section 1001(a)(3)

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TX
BY:

*Craig M. Feazel*
Craig M. Feazel
Assistant United States Attorney
713-567-9000

*S. Mark McIntyre*
S. Mark McIntyre
Assistant United States Attorney
713-567-9000

1